COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




 
 
  
  
  
  
 IN
 RE:  ANTONIO SEPEDA,
  
                     Relator.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
  
  
 No. 08-02-00396-CV
  
 AN ORIGINAL PROCEEDING
  
 IN MANDAMUS
 
 




 

MEMORANDUM OPINION

 

Relator Antonio Sepeda
seeks a writ of mandamus compelling the trial judge to act on a motion for recusal.  There is
nothing in this record, however, to indicate that the trial judge has attempted
to act on any pending matter before ruling on the recusal
motion.  Cf. In re Rio Grande Valley
Gas Co., 987 S.W.2d 167, 179-80 (Tex. App.--Corpus Christi 1999, orig.
proceeding) (holding that once a recusal motion is
filed, the judge is precluded from taking any further action in a case other
than issuing an order of recusal or referral).  Therefore, the petition for a writ of
mandamus is denied.

 

SUSAN
LARSEN, Justice

January 30, 2003

 

Before Panel No. 3

Barajas, C.J., Larsen, and
Chew, JJ.